# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __NEW YORK__

DETROY LIVINGSTON,

        Plaintiff(s),

## JUDGMENT IN A CIVIL CASE

V.

THOMAS PISKOR,
FRANCIS SETTE,
ANTHONY MACKIEWICZ,
JAMES DUNSHIE,
MARTIN WENDLE,
LAWRENCE HOINSKI,

        Defendant(s).

CASE NUMBER: 99-CV-6169

X    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed with prejudice, with no cause of action as to all six of the above defendants.

October 18, 2004  
Date

RODNEY C. EARLY  
Clerk

S/Bryan J. Blough  
(By) Bryan J. Blough  
Deputy Clerk