# UNITED STATES DISTRICT COURT
### for the
### Western  District of New York

| | |
|---|---|
| DETROY LIVINGSTON, | ) |
| *Plaintiff* | ) |
| v. | ) |
| WALTER B. KELLY, in both  his official and | ) |
| individual capacity, et al., | ) |
| *Defendant* | ) |

Civil Action No.      6:99-CV-6169

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

X   other:   The complaint is dismissed. _____
_____
_____ .

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

X   decided by Judge    David G. Larimer _____ on a motion for   summary _____
judgment. _____ .

Date: _____Apr 27, 2010_____          *CLERK OF COURT*

                                          s/Michael J. Roemer
                                  _____
                                  *Signature of Clerk or Deputy Clerk*